From: Eric T. Hall

9043 Lake Lowery Road

Haines City, FL 33844

ericthall@msn.com

To: Clerk of Court

United States District Court

Middle District of Florida — Tampa Division

Sam M. Gibbons U.S. Courthouse

801 North Florida Avenue

Tampa, FL 33602

Re: New Civil Rights Action — Filing of Complaint and Motion for Leave to Proceed In Forma Pauperis

Dear Clerk of Court:

Please find enclosed Plaintiff's Civil Complaint and Motion for Leave to Proceed In Forma Pauperis, including the completed long-form financial affidavit (AO 239), submitted simultaneously for filing pursuant to Local Rule 6.03.

Plaintiff respectfully requests that the Clerk docket this matter, assign a case number, and submit the Motion for Leave to Proceed In Forma Pauperis to the assigned judge for preliminary review and authorization in accordance with Rule 6.03(a).

No filing fee is enclosed. Plaintiff is unable to prepay fees or costs and relies on the Court's authorization to proceed without payment.

Respectfully submitted,

*Eric T. Hall*

Pro Se Plaintiff

September 30, 2026